No. 25-134

# United States Court of Appeals for the Federal Circuit

IN RE MOTOROLA SOLUTIONS, INC.,
*Petitioner*,

*On Petition for a Writ of Mandamus to the
Acting Director of the United States Patent and Trademark Office
Patent Trial and Appeal Board Nos. IPR2024-01205, IPR2024-01206,
IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285,
IPR2024-01313 & IPR2024-01314*

**PARTIAL CONSENT MOTION FOR LEAVE TO FILE BRIEF OF COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION AS *AMICUS CURIAE* IN SUPPORT OF MOTOROLA SOLUTIONS AND THE REQUESTED RELIEF**

Joshua Landau
Computer & Communications
Industry Association
25 Massachusetts Ave NW
Suite 300C
Washington, DC 20001
jlandau@ccianet.org
(202) 470-3622

Counsel for *Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a), the Computer & Communications Industry Association ("CCIA") respectfully requests leave to file an *amicus curiae* brief in support of Motorola's petition for a writ of *mandamus*. *Amici* have discussed this brief with counsel for Motorola, and Motorola has consented to this filing. Stellar has not responded to our request for consent.

The Computer & Communications Industry Association ("CCIA") is an international nonprofit association representing a broad cross section of communications and technology firms. For more than fifty years, CCIA has promoted open markets, open systems, and open networks. CCIA members[1] employ more than 1.6 million workers, invest more than $100 billion in research and development, and contribute trillions of dollars in productivity to the global economy. CCIA regularly files *amicus* briefs in this and other courts to promote balanced patent policies.

CCIA's members are frequently involved in post-grant review of patents, including via the *inter partes* review ("IPR") process. In fact,

---

[1] CCIA's members are listed at https://www.ccianet.org/members.

1

CCIA members often appear on lists of the most frequent petitioners to the USPTO, reflecting the fact that many of them are frequently accused of patent infringement. In some cases, members proceed to file IPR petitions, while in other cases they choose to pursue an invalidity strategy at the district courts. In all such cases, stable, predictable rules that comply with the statute enacted by Congress are critical to making the correct decision. The USPTO's new rule exemplifies an unstable, unpredictable process for creating rules, one conducted without notice and comment and without compliance with the Congressional statute.

The brief addresses the fact that the nature of the recent memorandum renders it a rule, even if it's called "guidance." It also addresses the failure to abide by the statutorily required procedure to create the *Fintiv* rule. Finally, it addresses the conflict between the statutory language and the procedure the Acting Director is employing, In particular, it addresses the fact that the process as described and implemented fails to comply with 35 U.S.C. § 314. As a result, the process the Office employs is impossible to reconcile with the purpose for which the AIA was created. These perspectives are not fully

2

presented by the parties in the case and CCIA believes they would be useful to this Court in addressing the dispute.

Accordingly, this Court should grant amici leave to file their *amicus curiae* brief in support of Motorola's petition for a writ of *mandamus*. CCIA's brief is attached for this Court's consideration in the event this motion for leave is granted.

June 27, 2025                                Respectfully submitted,


                                             _____/s/ Joshua Landau_____

                                             Joshua Landau
                                             Computer & Communications
                                             Industry Association
                                             25 Massachusetts Ave NW
                                             Suite 300C
                                             Washington, DC 20001
                                             202-470-3622
                                             Counsel for *Amicus Curiae*
                                             Computer & Communications
                                             Industry Association

## CERTIFICATE OF INTEREST

I certify that the following information is accurate and complete to the best of my knowledge.

Dated:  June 27, 2025                    /s/ Joshua Landau

Joshua Landau

| 1. Represented Entities | 2. Real Parties in Interest | 3. Parent Corporations and Stockholders |
|---|---|---|
| Computer & Communications Industry Association | Same | None |
|  |  |  |
|  |  |  |

5

| **4. Legal Representatives** |
|---|
| None |

| **5. Related Cases** |
|---|
| None |

| **6. Organizational Victims and Bankruptcy Cases** |
|---|
| Not Applicable |

United States Court of Appeals
for the Federal Circuit
*In re Motorola Solutions Inc.,* 25-134

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

This motion was printed using a 14 point Century Schoolbook font. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27. According to Microsoft Word 2019, the word processing system used to prepare this document, the motion contains 426 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

June 27, 2025                                             /s/ Joshua Landau

                                              Joshua Landau
                                              Counsel for *Amicus Curiae*
                                              Computer & Communications Industry Association

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I caused the foregoing **Motion For Leave To File Brief Of Computer & Communications Industry Association As Amicus Curiae In Support Of Grant of Mandamus** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

June 27, 2025　　　　　　　　　　　　　　　　/s/ Joshua Landau

　　　　　　　　　　　　　　　　　　　　Joshua Landau
　　　　　　　　　　　　　　　　　　　　Counsel for *Amicus Curiae*
　　　　　　　　　　　　　　　　　　　　Computer & Communications
　　　　　　　　　　　　　　　　　　　　Industry Association