NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re MOTOROLA SOLUTIONS, INC.,**
*Petitioner*

2025-134

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01205, IPR2024-01206, IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285, IPR2024-01313, and IPR2024-01314.

**ON MOTION**

PER CURIAM.

**O R D E R**

The Acting Director of the United States Patent and Trademark Office and Stellar, LLC move to extend, up to and including July 21, 2025, the time to file their separate responses to the petition, stating that Motorola Solutions, Inc. "indicated that it does not take a position on this motion." Mot. at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>June 30, 2025</u>
    Date