No. 25-134

# United States Court of Appeals for the Federal Circuit

IN RE MOTOROLA SOLUTIONS, INC.,

*Petitioner.*

On Petition for a Writ of Mandamus to the
Director of the United States Patent and Trademark Office,
Patent Trial and Appeal Board Nos. IPR2024-01205, IPR2024-01206,
IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285,
IPR2024-01313 & IPR2024-01314

## PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Tharan Gregory Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3941

John R. Boulé III
JONES DAY
555 South Flower Street,
Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2251

Matthew J. Silveira
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5715

John A. Marlott
JONES DAY
110 North Wacker Drive,
Suite 4800
Chicago, IL 60606
(312) 269-4236

*Counsel for Petitioner Motorola
Solutions, Inc.*

<u>**CERTIFICATE OF INTEREST**</u>

Counsel for Petitioner Motorola Solutions, Inc. certifies the following:

**1. Represented Entities** (Fed. Cir. R. 47.4(a)(1)) – Provide the full names of all entities represented by undersigned counsel in this case.

Motorola Solutions, Inc.

**2. Real Party in Interest** (Fed. Cir. R. 47.4(a)(2)) – Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None/Not Applicable

**3. Parent Corporations and Stockholders** (Fed. Cir. R. 47.4(a)(3)) – Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

None/Not Applicable

**4. Legal Representatives** – List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Jones Day: Joshua R. Nightingale, Hilda C. Galvan (no longer with firm), Christopher A. Buxton (no longer with firm)

**5. Related Cases** – Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

Yes (separate Notice of Related Case Information filed)

**6. Organizational Victims and Bankruptcy Cases** – Provide any information required under Fed. R. App. P. 26.1(b) (organizational

victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

None/Not Applicable


Dated:  July 11, 2025

_/s/ Matthew J. Silveira_
Matthew J. Silveira
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 875-5715

Pursuant to Federal Circuit Rule 26 and Federal Rule of Appellate Procedure 27, Petitioner Motorola Solutions, Inc. requests that the Court extend its time to submit a reply to the responses of the Acting Director of the United States Patent and Trademark Office and Stellar, LLC to Motorola's petition for a writ of mandamus. Specifically, Motorola requests an extension of the time for its reply, currently due on July 24, 2025, by four (4) days, to July 28, 2025. This is the first extension of time requested by Motorola.

Motorola requests this extension due to the order granting the Acting Director and Stellar's joint motion to extend their response deadline seven (7) days, to July 21, 2025. *See* Dkt. 19. Motorola's reply is due three (3) days later. *See* Dkt. 6. As Motorola explained when the Acting Director and Stellar asked for Motorola's position on their joint motion, Motorola's counsel has significant conflicting commitments the week of July 21, with briefing deadlines in other matters on July 21, 25, and 28. Motorola's counsel also needs time to coordinate with client representatives. Finally, Motorola requests additional time for many of the same reasons identified in the joint motion: "the significance of the issues presented by the petition," including "constitutional arguments,"

and "the need to ensure the [reply] brief is properly reviewed before filing."

Dkt. 13 at 1-2.

Counsel for the Acting Director and Stellar indicated that they do

not oppose this motion.

Dated: July 11, 2025                  Respectfully submitted,

                                      /s/ *Matthew J. Silveira*

Tharan Gregory Lanier                 Matthew J. Silveira
JONES DAY                             JONES DAY
1755 Embarcadero Road                 555 California Street, 26th Floor
Palo Alto, CA 94303                   San Francisco, CA 9410451
(650) 739-3941                        (415) 875-5715

John R. Boulé III                     John A. Marlott
JONES DAY                             JONES DAY
555 South Flower Street,              110 North Wacker Drive,
Fiftieth Floor                        Suite 4800
Los Angeles, CA 90071                 Chicago, IL 60606
(213) 489-3939                        (312) 269-4236

*Counsel for Petitioner Motorola Solutions, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

The foregoing filing complies with the relevant type-volume and typeface limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally-spaced typeface and includes 241 words, excluding the portions exempted by rule.


Date: July 11, 2025          Signature: */s/ Matthew J. Silveira*

Name:        Matthew J. Silveira

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on July 11, 2025.

Respectfully submitted,

*/s/ Matthew J. Silveira*
Matthew J. Silveira