No. 25-134

# United States Court of Appeals for the Federal Circuit

In re: MOTOROLA SOLUTIONS, INC.,
*Petitioner.*

On Petitions for Writs of Mandamus from the United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2024-01205, IPR2024-01206, IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285, IPR2024-01313, and IPR2024-01314.

**OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

AMY J. NELSON
Acting Solicitor

ROBERT J. MCMANUS
Acting Deputy Solicitor

FAHD H. PATEL
PETER J. SAWERT
Associate Solicitors

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035
*Attorneys for the Acting Director of the United States Patent and Trademark Office*

July 15, 2025

Pursuant to Fed. Cir. R. 26 and Fed. R. App. P. 27, the Acting Director of the United States Patent and Trademark Office ("Acting Director") requests that the Court extend the time for responding to Motorola Solutions, Inc.'s mandamus petitions, currently due on July 21, 2025, by 14 days to August 4, 2025. This is the second extension of time requested by the Acting Director. The Court previously granted the Acting Director's request for a 7-day extension of time.

The Acting Director requests additional time due to the need to coordinate the response on issues of broader impact with other government agencies experiencing very heavy workloads, and the need to ensure the responsive brief is properly reviewed before filing.

Counsel for co-respondent Stellar, LLC has stated that it does not oppose the motion. Counsel for petitioner Motorola Solutions, Inc., has stated that it opposes the motion.

*/s/ Fahd H. Patel*
AMY J. NELSON
Acting Solicitor

ROBERT J. MCMANUS
Acting Deputy Solicitor

FAHD H. PATEL
PETER J. SAWERT
Associate Solicitors

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia  22313
(571) 272-9035

*Attorneys for the Acting Director of the United States Patent and Trademark Office*

25-134

United States Court of Appeals
for the Federal Circuit

IN RE: **MOTOROLA SOLUTIONS, INC**

**DECLARATION IN SUPPORT OF THE ACTING DIRECTOR'S OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE WITHIN LESS THAN SEVEN (7) DAYS OF DUE DATE**

I, Fahd H. Patel, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of the Acting Director's motion for a 14-day extension of time for filing the Acting Director's response to Motorola's petition for a writ of mandamus.

3. I believe good cause exists for the extension. An extension is necessary due to the need to coordinate the response on issues of broader impact with other government agencies experiencing very heavy workloads, and the need to ensure the responsive brief is properly reviewed before filing.

4. Counsel for co-respondent Stellar, LLC has stated that it does not oppose the motion. Counsel for petitioner Motorola Solutions, Inc has stated that it opposes the motion.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on July 15, 2025        /s/ *Fahd H. Patel*
                                                  Fahd H. Patel
                                                  Associate Solicitor

# **RULE 32(g) CERTIFICATE OF COMPLIANCE**

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing OPPOSED MOTION FOR EXTENSIONS OF TIME TO RESPOND TO MOTOROLA SOLUTIONS, INC.'S PETITION FOR A WRIT OF MANDAMUS complies with the type-volume limitation required by the Court's rule.  The total number of words in the foregoing motion is 146 words as calculated using the Word® software program.

                                            */s/ Fahd H. Patel*
                                            Fahd H. Patel
                                            Associate Solicitor
                                            U.S. Patent & Trademark Office