NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE MOTOROLA SOLUTIONS, INC.,**
*Petitioner*

2025-134

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01205, IPR2024-01206, IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285, IPR2024-01313, and IPR2024-01314.

**ON MOTION**

PER CURIAM.

**O R D E R**

Upon consideration of Motorola Solutions, Inc.'s unopposed motion for an extension of time to file its reply in support of its petition for a writ of mandamus, ECF No. 20, and the Acting Director of the United States Patent and Trademark Office's opposed motion for an extension of time to file her response, up to and including August 4, 2025, ECF No. 21,

IT IS ORDERED THAT:

(1)  ECF No. 21 is granted to the extent that the Acting Director's response brief is due no later than August 4, 2025.  No further extensions should be anticipated.

(2)  ECF No. 20 is granted to the extent that Motorola's reply brief is due no later than August 11, 2025.

FOR THE COURT

July 16, 2025
Date

Jarrett B. Perlow
Clerk of Court