FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-134

**Short Case Caption:** In re: Motorola Solutions, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Acacia Research Group LLC

| | | |
|---|---|---|
| **Principal Counsel:** Jeffrey R. Bragalone | Admission Date: | 10/25/05 |

Firm/Agency/Org.: Bragalone Olejko Saad PC

Address: 901 Main St., Ste. 3800, Dallas, Texas 75202

| Phone: 214-785-6671 | Email: jbragalone@bosfirm.com |
|---|---|
| **Other Counsel:** Daniel F. Olejko | Admission Date: 05/06/10 |

Firm/Agency/Org.: Bragalone Olejko Saad PC

Address: 901 Main St., Ste. 3800, Dallas, Texas 75202

| Phone: 214-785-6675 | Email: dolejko@bosfirm.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/11/25                              Signature: /s/ Daniel F. Olejko

                                           Name:      Daniel F. Olejko

FORM 8A. Entry of Appearance — Form 8A (p.2), July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Terry A. Saad | Admission Date: 08/23/13 |
| Firm/Agency/Org.: Bragalone Olejko Saad PC | |
| Address: 901 Main Street., Ste. 3800, Dallas, Texas 75202 | |
| Phone: 214-785-6685 | Email: tsaad@bosfirm.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |