NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re MOTOROLA SOLUTIONS, INC.,**
*Petitioner*

---

2025-134

---

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2024-01205, IPR2024-01206, IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285, IPR2024-01313, and IPR2024-01314.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge*.

**O R D E R**

In support of the petitioner, the U.S. Manufacturers Association for Development and Enterprise, The National Retail Federation, The Alliance for Automotive Innovation, The High Tech Inventors Alliance, and ACT|The App Association; The Computer & Communications Industry Association; Unified Patents, LLC; and Teodor Holmberg move for leave to file briefs amici curiae.

In support of the respondents, Acacia Research Group LLC moves for leave to file a brief amicus curiae.

No opposition to the motions has been received.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. ECF Nos. 11 pages 6–33, 15-2, 18-2, 26-2 and 32-2 are accepted for filing.

FOR THE COURT

September 4, 2025
Date

Jarrett B. Perlow
Clerk of Court