FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## AMENDED ENTRY OF APPEARANCE

**Case Number:** 2025-134

**Short Case Caption:** In Re Motorola Solutions, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Unified Patents, LLC | |
|---|---|
| **Principal Counsel:** Jonathan Stroud | Admission Date: 07/13/2015 |
| Firm/Agency/Org.: Unified Patents, LLC | |
| Address: 4445 Willard Avenue, Suite 600, Chevy Chase, MD 20815 | |
| Phone: 202-805-8931 | Email: jonathan@unifiedpatents.com |
| **Other Counsel:** Michelle Aspen | Admission Date: 03/23/2021 |
| Firm/Agency/Org.: Unified Patents, LLC | |
| Address: 4445 Willard Avenue, Suite 600, Chevy Chase, MD 20815 | |
| Phone: 559-214-3388 | Email: michelle@unifiedpatents.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/26/25                    Signature: /s/ Michelle Aspen

                                 Name: Michelle Aspen

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Kelly Hughes | Admission Date: 10/04/2024 |
|---|---|
| Firm/Agency/Org.: Unified Patents, LLC | |
| Address: 4445 Willard Avenue, Suite 600, Chevy Chase, MD 20815 | |
| Phone: 720.352.1807 | Email: kelly@unifiedpatents.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |