2025-134

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IN RE MOTOROLA SOLUTIONS, INC.,
*Petitioner*.

Petition for a Writ of Mandamus to the
Director of the United States Patent and Trademark Office,
Patent Trial and Appeal Board Nos. IPR2024-01205, IPR2024-01206,
IPR2024-01207, IPR2024-01208, IPR2024-01284, IPR2024-01285,
IPR2024-01313 & IPR2024-01314

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR NON-PARTY AMICUS UNIFIED PATENTS

TO THE HONORABLE COURT:

Pursuant to Fed. Cir. R. 47.3(c), Amicus Unified Patents, LLC ("Amicus") hereby provides the Court with notice that Michelle Aspen withdraws as counsel for Amicus. Jonathan Stroud will serve as principal counsel for Amicus. An amended entry of appearance has been filed concurrently with this notice.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Michelle Aspen*
Michelle Aspen
UNIFIED PATENTS, LLC
4445 Willard Avenue
Suite 600
Chevy Chase, MD  20815

*Counsel for Amicus*
*Unified Patents, LLC*